IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                          :
                                                :      Chapter 13
            WILLIAM MOORE,                      :
                                                :      Bankruptcy No. 19-10702 (MDC)
                                 Debtor.        :
-------------------------------------------------------x
```

# **PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #35 filed by the City of Philadelphia on July 31, 2019.

                                                Respectfully submitted,

                                                THE CITY OF PHILADELPHIA

Dated: September 19, 2019        By:    /s/ Pamela Elchert Thurmond
                                                     PAMELA ELCHERT THURMOND
                                                     Deputy City Solicitor
                                                     PA Attorney I.D. 202054
                                                     City of Philadelphia Law Department
                                                     1401 JFK Blvd., 5th Floor
                                                     Philadelphia, PA  19102-1595
                                                     215-686-0508 (phone)
                                                     215-686-0588 (facsimile)
                                                     Email: Pamela.Thurmond@phila.gov