# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   WILLEM MOORE           :   CHAPTER 13
                                                                :   BANKRUPTCY NO. 19-10702

## **CERTIFICATE OF SERVICE**

I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have served by facsimile, electronic mail, and/or first-class mail a true and correct copy of Debtor's Motion for Expedited Hearing on Motion to Sell Real Estate to the parties indicated below:

U.S. Trustee's Office

Trustee

Kevin McDonald, Esquire
kmcdonald@kmllawgroup.com
Rebecca Solarz, Esquire
rsolarz@kmllawgroup.com
Attorney for U.S. Bank, N.A.

Pamela Thurmond, Esquire
Attorney for Water Revenue Bureau, City of Philadelphia
pamela.thurmond@phila.gov

Megan Harper, Esquire
Attorney for City of Philadelphia
megan.harper@phila.gov

Philadelphia Gas Works
F: 215-684-6150

All other creditors on matrix

Debtor

                                                          /s/ Paul H. Young
                                                          PAUL H. YOUNG, ESQUIRE
                                                          Attorney for Debtor
                                                          3554 Hulmeville Road, Ste. 102
                                                          Bensalem, PA 19020
                                                          P: 215-639-5297