Certificate Number: 03621-TNE-DE-035145051

Bankruptcy Case Number: 19-10702



03621-TNE-DE-035145051

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 3, 2020</u>, at <u>4:38</u> o'clock <u>PM EST</u>, <u>William R Moore</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Tennessee</u>.

Date:   <u>December 3, 2020</u>             By:    <u>/s/Lashonda Collins</u>

Name:  <u>Lashonda Collins</u>

Title:   <u>Credit Counselor</u>